IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELLI PEACOCK DUNN,

    Plaintiff,

v.                                  CASE NO.  4:14cv116-RH/CAS

NICK FINCH, etc., et al.,

    Defendants.

_____/

ORDER ON THE MOTIONS TO
DISMISS THE ORIGINAL COMPLAINT

    The plaintiff Kelli Peacock Dunn's original complaint named three defendants: Nick Finch in his official capacity as Sheriff of Liberty County and, in their individual capacities, Buddy Money and Reggie Ethridge.  The three defendants filed separate motions to dismiss.  Perhaps in response, Ms. Dunn filed as of right a first amended complaint.  The first amended complaint apparently revises the theory of recovery against the Sheriff and Mr. Money and drops any claim against Mr. Ethridge.  Accordingly,

    IT IS ORDERED:

The Sheriff's motion to dismiss, ECF No. 8, and Mr. Money's motion to dismiss, ECF No. 10, are DENIED AS MOOT. Mr. Ethridge's motion to dismiss, ECF No. 7, is GRANTED. All claims against Mr. Ethridge are dismissed. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

SO ORDERED on May 13, 2014.

                                              s/Robert L. Hinkle
                                              United States District Judge